# United States District Court
## Northern District of Illinois
### Eastern Division

Yolanda Jones-Moore,

v.

Advanced Check Processing, LLC

**JUDGMENT IN A CIVIL CASE**

Case Number: 11-cv-1165

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that default judgment is entered in favor of plaintiff Yolanda Jones-Moore and against defendant Advanced Check Processing, LLC in the amount of $4,028.50, consisting of $1,000.00 in statutory damages and $3,028.50 in attorneys' fees and costs.

Date: 1/11/2012

_____
Judge John F. Grady